```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| **CORNELIUS PAYNE,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 07-00047-CB-B |
| **MIKE HALEY,** *et al.*, | : |
| Respondents. | : |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE** this 3rd day of October, 2007.

*s/Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**